# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Phillip Martin, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50230 |
| | ) | |
| Bessie Dominguez, M.D. and Wexford Health Sources, Inc., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [82] from the magistrate judge that this case be dismissed for want of prosecution. Accordingly, there being no written objection to the R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and dismisses this case for want of prosecution. This case is closed.

Date: 3/23/2018                    ENTER:

_____

FREDERICK J. KAPALA

District Judge